IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CYRUS R. HARRINGTON, III and
MARCELA HARRINGTON,

    Plaintiffs,

vs.                                          CASE NO. 3:11cv448/RS-CJK

FEDERAL DEPOSIT INSURANCE
COMPANY; JP MORGAN CHASE
BANK, NA; FEDERAL HOME LOAN
MORTGAGE CORPORATION;
WELLS FARGO BANK, NA; and
all persons claiming an interest by,
through, under, or against a named
Defendant,

    Defendants.
_____/

## ORDER

Defendants' Motion For Extension Of Time To Respond To Complaint (Doc. 8) is **granted**.

ORDERED on September 29, 2011.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**