IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CYRUS R. HARRINGTON, III and
MARCELA HARRINGTON,

    Plaintiffs,

vs.                                                CASE NO. 3:11cv448/RS-CJK

FEDERAL DEPOSIT INSURANCE
COMPANY; JP MORGAN CHASE
BANK, NA; FEDERAL HOME LOAN
MORTGAGE CORPORATION;
WELLS FARGO BANK, NA; and
all persons claiming an interest by,
through, under, or against a named
Defendant,

    Defendants.
_____/

## ORDER

The relief requested by Defendant's Agreed Motion For Extension Of Time To Respond To Complaint (Doc. 9) is **granted**.

**ORDERED** on September 29, 2011.

                                                 /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**