IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CYRUS HARRINGTON III,**
and **MARCELA HARRINGTON,**

      **Plaintiffs,**

vs.                                                                    **CASE NO. 3:11cv448/RS-CJK**

**WELLS FARGO BANK, N.A.,**
**FEDERAL DEPOSIT INS. CORP.;**
**JPMORGAN CHASE BANK, N.A.;**
**FEDERAL HOME LOAN MORTGAGE**
**CORP., and ALL PERSONS claiming an**
**interest by, through, under or against named**
**Defendant,**

      **Defendants.**
_____

## ORDER

Before me is Defendant Federal Home Loan Mortgage Corporation's Motion to Dismiss (Doc. 21). Plaintiffs have not responded. Failure to file a responsive memorandum may be sufficient cause to grant the motion. N.D. Fla. Loc. R. 7.1(C). The relief requested by the Motion to Dismiss (Doc. 21) is **GRANTED** because of Plaintiffs' failure to allege a valid cause of action. Defendant Federal Home Loan Mortgage Corporation is dismissed as a party to this case.

**ORDERED** on November 16, 2011.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**